```
         IN THE UNITED STATES DISTRICT COURT
         FOR THE MIDDLE DISTRICT OF ALABAMA
                   NORTHERN DIVISION
```

| | |
|---|---|
| JAMES ROGER BLACKSTON, *et al.*,        )<br>)<br>   Plaintiffs,      )<br>)<br>v.                            )<br>)<br>STATE OF ALABAMA, *et al.*,  )<br>)<br>   Defendants.      )  | CIVIL ACTION NO.<br>  2:04cv348-T<br>     (WO) |

**JUDGMENT**

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court that:

(1) The plaintiffs' objections (Doc. no. 55) are overruled.

(2) The magistrate judge's recommendation (Doc. no. 53) is corrected to reflect that Chief Justice Drayton Neighbors has been substituted for former Acting Chief Justice J. Gorman Houston in his official capacity; that Jack W. Hughes has been substituted for Judge L.E. Gosa in his official capacity; and that Wayne F. Jones has been substituted for Alex Jackson in his official capacity.

  **(3) The magistrate judge's recommendation (Doc. no. 53), as corrected, is adopted.**

  **(4) The plaintiffs' state-law claims are dismissed without prejudice.**

  **(5) The defendants' motion to dismiss (Doc. No. 23) is granted as follows: (a) the plaintiffs' claims that the defendants are in contempt of court for violating the order to abide by the terms of the settlement agreement are dismissed without prejudice; and (b) the plaintiffs' remaining claims are dismissed with prejudice.**

  **(6) The plaintiffs' motion for contempt and for emergency injunctive relief (Doc. No. 45), the plaintiffs' motion for contempt and emergency injunctive relief (Doc. No. 47), and the plaintiffs' motion to expedite the motions for contempt and for emergency injunctive relief (Doc. No. 52) are denied.**

  **It is further ORDERED that costs are taxed against the plaintiffs, for which execution may issue.**

**The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.**

**DONE, this the 23rd of May, 2005.**

**    /s/ Myron H. Thompson    
UNITED STATES DISTRICT JUDGE**