IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| JAMES R. BLACKSTON and<br>BRADLEY W. BARBER, | )<br>)<br>) | |
| Plaintiffs, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:04cv348-MHT |
| | ) | (WO) |
| STATE OF ALABAMA, et al., | ) | |
| | ) | |
| Defendants. | ) | |

ORDER

Upon consideration of the opinion of the United States Court of Appeals for the Eleventh Circuit entered on June 20, 2006, wherein the final judgment of this court made and entered herein on May 23, 2005 (Doc. no. 57), was in all respects affirmed; and the mandate of the United States Court of Appeals for the Eleventh Circuit issued on July 19, 2006, and received in the office of the clerk of this court on July 20, 2006 (Doc. no. 61), it is the ORDER, JUDGMENT, and DECREE of the court that

the final judgment of this court made and entered on May 23, 2005 (Doc. no. 57), is continued in full force and effect.

DONE, this the 27th day of July, 2006.

　　　　　　　　　　　　　　　　 /s/ Myron H. Thompson
　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**